1
2
3
4
5

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEDELLDRA BROOKS, A.J., a minor, by and through her guardian ad Litem, LEDELLDRA BROOKS,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, THERESA MONPERE, CHRISTIE YANG, and RON BOHIGIAN; and DOES 1-30<br><br>Defendants. | Case No. 1:15-cv-673---BAM<br><br>ORDER APPOINTING GUARDIAN AD LITEM FOR A.J., A MINOR<br><br>(Docs. 9, 10) |

The Court has considered the application of Ledelldra Brooks for appointment as Guardian Ad Litem for A.J., her minor daughter, who is a Plaintiff in this action. L.R. 202(a). Upon consideration of the application and for good cause appearing, the motion is GRANTED.

IT IS HEREBY ORDERED that LEDELLDRA BROOKS is appointed as guardian ad litem for Plaintiff A.J. in this action.

IT IS SO ORDERED.

Dated:   **June 8, 2015**          /s/ *Barbara A. McAuliffe*   
                                                UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28