**[Exempt From Filing Fee Government Code § 6103]**

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
  *marty.oller@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendants FRESNO UNIFIED SCHOOL DISTRICT, TERESA MONPERE, CHRISTIE YANG and RON BOHIGIAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LEDELLDRA BROOKS and A.J., a minor, by and through her guardian ad litem LEDELLDRA BROOKS,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, THERESA MONPERE, CHRISTIE YANG and RON BHOIGIAN and DOES 1-30,<br><br>Defendants. | Case No. 1:15-cv-00673-WBS-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING INITIAL SCHEDULING CONFERENCE**<br><br>Trial Date:    None |

## **STIPULATION**

The parties have reached a conditional settlement of the entirety of this action subject to approval by the Fresno Unified School District Board on September 23, 2015, which is the first available Board Meeting where this matter may be presented, and subject to approval by this court for a Petition for Minor's Compromise, which will be heard sometime after September 23, 2015. In light of this conditional settlement, the parties request that the court vacate the Initial Scheduling Conference which is currently set for September 28, 2015.

/ / /

/ / /

/ / /

Dated: September 8, 2015

                                              McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Mart B. Oller IV
Mart B. Oller IV
Attorneys for Defendants FRESNO UNIFIED SCHOOL DISTRICT, TERESA MONPERE, CHRISTIE YANG and RON BOHIGIAN

Dated: September 8, 2015

By: /s/ Todd Boley
Todd Boley
Attorneys for Plaintiffs LEDELLDRA BROOKS and A.J., a minor, by and through her guardian ad litem LEDELLDRA BROOKS

GOOD CAUSE APPEARING, it is so ordered that the Initial Scheduling Conference scheduled for September 28, 2015 at 2:00 p.m. is continued to **December 7, 2015 at 2:00 p.m.**

Dated: September 9, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

29329-00624 3572943.1