1  TODD BOLEY, SBN 68119
   JUSTIN YOUNG, SBN 267315
2  2831 Mariner Square Dr., Ste 280
   Alameda, CA 94501
3  Telephone: (510) 836-4500
   Facsimile: (510) 649-5170

4  PETER W. ALFERT, SBN 83139
   HINTON ALFERT & KAHN LLP
5  200 Pringle Ave., Suite 450
   Walnut Creek, California  94596
6  Telephone: (925) 279-3009
   Facsimile:  (925) 279-3342
7
   Attorneys for Plaintiffs
8
                    UNITED STATED DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

| LEDELLDRA BROOKS, and A.J., a minor, by and through her guardian ad litem LEDELLDRA BROOKS, | Case No. 1:15-cv-00673-WBS-BAM |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL SCHEDULING CONFERNCE** |
| v. | |
| FRESNO UNIFIED SCHOOL DISTRICT, THERESA MONPERE, CHRISTIE YANG and RON BOHIGIAN, and DOES 1-30, | |
| Defendants. | |

**STIPULATION**

The parties have reached a settlement of the entirety of this action.  The settlement is contingent on approval by this court of a Petition for Minor's Compromise. Plaintiffs' counsel is in the process of preparing the Petition and it will be filed soon.  In order to allow for the Petition to be heard, the parties request that the court continue the date of the Initial Scheduling Conference, which is currently set for December 7, 2015, at 2:00 p.m.

Dated: November 10, 2015        LAW OFFICES OF TODD BOLEY


　　　　　　　　　　　　　　　　　　/s/ *Todd Boley*
　　　　　　　　　　　　　　　　　TODD BOLEY
　　　　　　　　　　　　　　　　　Attorney for Plaintiffs


Dated:  November 10, 2015       McCORMICK, BARSTOW, SHEPPARD, WAYTE
　　　　　　　　　　　　　　　　& CARRUTH LLP

　　　　　　　　　　　　　　　　　/s/ Marty B, Oller IV
　　　　　　　　　　　　　　　　Marty B. Oller IV
　　　　　　　　　　　　　　　　Attorneys for Defendants FRESNO UNIFIED
　　　　　　　　　　　　　　　　SCHOOL DISTRICT, TERESA MONPERE,
　　　　　　　　　　　　　　　　CHRISTIE YANG and RON BOHIGIAN


### **ORDER**

GOOD CAUSE APPEARING, it is so ordered that the Initial Scheduling Conference scheduled for December 7, 2015 at 2:00 p.m. is continued to **January 19, 2016 at 1:30 p.m.**

Dated:  November 12, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING       - 2 -
INTIAL SCHEDULING CONFERENCE