UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LEDELLDRA BROOKS, and A.J., a minor, by and through her guardian ad litem LEDELLDRA BROOKS,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, THERESA MONPERE, CHRISTIE YANG and RON BOHIGIAN, and DOES 1-30,<br><br>　　　　Defendants. | CIV. NO. 1:15-00673 WBS BAM<br><br>ORDER |

----oo0oo----

On November 16, 2015, counsel for plaintiffs Ledelldra Brooks and her minor daughter A.J. moved for an order approving the settlement of A.J.'s claims. "District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors," which "requires a district court to 'conduct its own inquiry to determine whether the settlement serves the best interests of the

1

1  minor.'"  Robidoux v. Rosengren, 638 F.3d 1177, 1181 (9th Cir.
2  2011) (quoting Dacanay v. Mendoza, 573 F.2d 1075, 1080 (9th Cir.
3  1978)).  Eastern District Local Rule 202(b)(2) governs the
4  approval of the settlement of a minor's claims and identifies the
5  information necessary for the court to fulfill its duty.
6          Local Rule 202(b)(2) specifically states, "If reports
7  of physicians or other similar experts have been prepared, such
8  reports shall be provided to the Court."  Plaintiffs' counsel
9  indicates he "has retained a child psychologist who has diagnosed
10 A.J. as suffering from Post-traumatic Stress Disorder (PTSD)" as
11 a result of the treatment giving rise to this case.  (Docket No.
12 34 at 11:8-11.)  Counsel states that the psychologist
13 "anticipates that for A.J. to recover from the psychological
14 trauma, it could take 2-5 years."  (Id.)  The court presumes
15 these findings are in a report or other written document that
16 could have been filed.
17         Because Local Rule 202(b)(2) required the filing of the
18 psychologist's report and the psychologist's findings would
19 assist the court in determining the fairness of the settlement,
20 the court will continue the hearing and require counsel to comply
21 with Local Rule 202(b)(2).
22         IT IS THEREFORE ORDERED that the hearing on plaintiffs'
23 motion for approval of the settlement is continued to December
24 21, 2015 at 1:30 p.m., and counsel for plaintiffs shall comply
25 with the filing requirements of Local Rule 202(b)(2) by December
26 15, 2015.
27 Dated:  December 9, 2015
28                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE