Peter W. Alfert, Esq. (SBN 83139)
**HINTON ALFERT & KAHN LLP**
200 Pringle Ave., Suite 450
Walnut Creek, CA 94596
Telephone: 925.279.3009
Facsimile: 925.279.3342

Todd Boley, Esq. (SBN 68119)
Justin Young, Esq. (SBN 267315)
**LAW OFFICES OF TODD A. BOLEY**
2831 Mariner Square Dr., Ste 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170

Attorneys for Plaintiffs: LEDELLDRA BROOKS and A.J., a minor, by and through her guardian ad litem LEDELLDRA BROOKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LEDELLDRA BROOKS and A.J., a minor, by and through her guardian ad litem LEDELLDRA BROOKS,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, THERESA MONPERE, CHRISTIE YANG and RON BHOIGIAN and DOES 1-30,<br><br>Defendants. | Case No. 1:15-cv-00673-WBS-BAM<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON**<br><br>**(LOCAL RULE 141)** |

**TO: THE HONORABLE WILLIAM B. SHUBB, UNITED STATES DISTRICT COURT JUDGE AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 141, Plaintiffs hereby seek the Court's permission to file the *Supplemental* Declaration of Todd Boley in Support of Plaintiff's Motion for Order Confirming Settlement of Minor A.J.'s Claims (hereinafter "*Supplemental* Declaration") <u>under seal</u>.

The reason for this request is that <u>*Exhibit A*</u> to the *Supplemental* Declaration is plaintiffs' consultant's report of the psychological evaluation of minor plaintiff A.J. which contains very sensitive issues which should remain confidential.

HINTON ALFERT & KAHN LLP
200 Pringle Ave., Suite 450
Walnut Creek, CA 94596
www.hintonalfert.com

1                                                                                1:15-cv-00673-WBS-BAM
NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON

This Request has been served on all parties. The Supplemental Declaration of Todd Boley and Exhibit A has not been served on defendants but has been e-mailed to WBSorders@caed.uscourts.gov, the proposed orders email box listed on the Court's website, with the email subject line including the case number 1:15-cv-00673-WBS-BAM and the statement: "Request to Seal Documents"

Respectfully submitted.

DATED: December 11, 2015          HINTON ALFERT & KAHN LLP

BY: _____/s/ Peter W. Alfert_____
PETER W. ALFERT

DATED: December 11, 2015          LAW OFFICE OF TODD BOLEY

BY: _____/s/ Todd Boley_____
TODD BOLEY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Good cause appearing,

**IT IS SO ORDERED** that the Supplemental Declaration of Todd Boley in Support of Plaintiff's Motion for Order Confirming Settlement of Minor A.J.'s Claims (and Exhibit A) shall be filed under seal. Said Supplemental Declaration and Exhibit shall remain under seal unless and until ordered unsealed by the court upon noticed application.

Dated: December 14, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

HINTON ALFERT & KAHN LLP
200 Pringle Ave., Suite 450
Walnut Creek, CA 94596
www.hintonalfert.com

2                1:15-cv-00673-WBS-BAM
NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON