**[Exempt From Filing Fee Government Code § 6103]**

Todd Boley
Zoya Yarnykh
Justin Young
2831 Mariner Square Dr., Ste. 280
Alameda, CA 94501
Tel: (510) 836-4500
Fax: (510) 649-5170

Peter W. Alfert
HINTON ALFERT & KAHN LLP
200 Pringle Ave., Ste. 450
Walnut Creek, CA 94596
Tel: (925) 279-3009
Fax: (925) 279-3342

Attorneys for Plaintiffs

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mart B. Oller IV, #149186
  *marty.oller@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants FRESNO UNIFIED SCHOOL DISTRICT, TERESA MONPERE, CHRISTIE YANG and RON BOHIGIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LEDELLDRA BROOKS and A.J., a minor, by and through her guardian ad litem LEDELLDRA BROOKS,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, THERESA MONPERE, CHRISTIE YANG and RON BHOIGIAN and DOES 1-30,<br><br>　　　　Defendants. | Case No. 1:15-cv-00673-WBS-BAM<br><br>**THE PARTIES' STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>USDC Judge:  Hon. William B. Shubb<br>Trial Date:      None |

**TO THE HONORABLE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD**,

**IT IS HEREBY STIPULATED** by and between the Parties to this action, Plaintiff LEDELLDRA BROOKS and A.J., a minor, by and through her guardian ad litem LEDELLDRA BROOKS, through their designated counsel, Peter W. Alfert, HINTON ALFERT & KAHN LLP and Mart B. Oller IV, MCCORMICK BARSTOW LLP, that the Complaint and entire action in the above-captioned case be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each party to bear its own attorney's fees and costs.

Dated: February 24, 2016                McCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH LLP


                                        By: /s/ Mart B. Oller IV
                                            Mart B. Oller IV
                                        Attorneys for Defendants FRESNO UNIFIED
                                        SCHOOL DISTRICT, TERESA MONPERE,
                                        CHRISTIE YANG and RON BOHIGIAN


Dated: February 24, 2016                HINTON ALFERT & KAHN LLP


                                        By: /s/ Peter W. Alfert
                                            Peter W. Alfert
                                        Attorneys for Plaintiffs LEDELLDRA BROOKS
                                        and A.J., a minor, by and through her guardian ad
                                        litem LEDELLDRA BROOKS

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

Based upon the Parties' instant **STIPULATION**, the Complaint and the entire action in this matter, *Brooks v. Fresno Unified School District, et al.,* Case No.: 1:15-cv-00673-WBS-BAM, is dismissed with prejudice. Each party to bear its own attorney's fees and costs.

Dated: February 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

29329-00624 3792673.1